

ELECTRONICALLY FILED
12/2/2010 9:22 AM
CV-2010-901536.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
MELISSA RITTENOUR, CLERK

## IN THE CIRCUIT COURT
## OF MONTGOMERY COUNTY, ALABAMA

STACY BEASLEY, INDIVIDUALLY )
AND AS CUSTODIAN AND NEXT )
FRIEND OF HER MINOR CHILD, )
                       )

        Plaintiff, )

vs. )

NANKANG RUBBER TIRE CORP., )
LTD., and TIRECO, INC. Fictitious )
Defendant "A" is that person, corporation, )
or other legal entity, who or which )
designed, manufactured, advertised, sold )
or otherwise placed into the stream of )
commerce the Mudstar Radial M/T )
tubeless steel-belted radial tires, size )
LT285/75R16 which is the subject matter )
of this lawsuit; Fictitious Defendant "B" is )
that person, corporation, or other legal )
entity, who or which designed, )
manufactured, engineered, sold or )
otherwise placed into the stream of )
commerce any of the component parts of )
the Mudstar Radial M/T tubeless steel- )
belted radial tires, size LT285/75R16, )
which is the subject matter of this lawsuit; )
Fictitious Defendant "C" is that person, )
corporation or other legal entity, who or )
which was responsible for adequately )
testing for the condition, safety, suitability, )
and fitness of purpose of the Mudstar )
Radial M/T tubeless steel-belted radial )
tires, size LT285/75R16, which is the )
subject matter of this lawsuit; Fictitious )
Defendant "D" is that person, corporation )
or other legal entity, who or which was )
responsible for the sale, use, and/or )
installation of the Mudstar Radial M/T )
tubeless steel-belted radial tires, size )
LT285/75R16; Fictitious Defendant "E" is )
that person, corporation or other legal )
entity, whose tortious or other wrongful )

                       CIVIL ACTION NO.

conduct combined and concurred with the )
other Defendants to cause the injuries and )
damages as alleged herein, whose current )
identities are unknown at this time but )
will be substituted by amendment when )
ascertained, )
                                        )
        Defendants.                     )

## COMPLAINT

### Statement of the Parties

1.      Plaintiff Stacy Beasley is a resident of Alabama and is over the age of nineteen years. Plaintiff Stacy Beasley is also the legal custodian and next friend of her minor child,

2.      Defendant NANKANG RUBBER TIRE CORPORATION, LTD., (hereinafter "NANKANG") is a foreign corporation with its principal offices in Taipei, Taiwan; and doing business in Montgomery County, Alabama, and in the State of Alabama at large through its agents. This principal address for this Defendant is Nankang Rubber Tire Corporation Ltd, Head Office 6F, Rm 608, No. 136 Sec.3, Ren-ai Rd., Da-an District, Taipei City.   Defendant NANKANG is in the business of designing, manufacturing, assembling, and distributing tires for use by ordinary customers such as the Plaintiff.

3.      Defendant, TIRECO, INC., (hereinafter "TIRECO") is a California corporation with its principal offices at 500 W. 190th St 6th FL, Gardena, California 90248-4265, and doing business in Montgomery County, Alabama, and in the State of Alabama at large through its agents. Defendant TIRECO is the exclusive distributor of NANKANG tires in the United States.

4.      Fictitious Defendant "A" are those persons, firms, corporations or other legal entities who designed, manufactured, marketed, sold, supplied, distributed or otherwise made available and/or placed into the stream of commerce the tire involved in the occurrence made the basis of this action.

5.      Fictitious Defendant "B" is that person, corporation, or other legal entity, who or which designed, manufactured, engineered, sold or otherwise placed into the stream of commerce any of the component parts of the tire involved in the occurrence made the basis of this suit.

6.      Fictitious Defendant "C" is that person, corporation or other legal entity, who or which was responsible for adequately testing for the condition, safety, suitability, and fitness of purpose of the tire involved in the occurrence made the basis of this action.

7.      Fictitious Defendant "D" is that person, corporation or other legal entity, who or which was responsible for the sale, use, and/or installation of the tire involved in the occurrence made the basis for this action.

8.      Fictitious Defendant "E" are those persons, corporations or other legal entities whose tortious or other wrongful conduct combined and concurred with the other Defendants to cause the injuries and damages as alleged herein.

### Statement of the Facts

9.      On or about May 5, 2010, Stacy Beasley was the driver of a 2000 Ford F250 Super-Duty pickup (VIN# 1FTNX21FXYEA38981); and her child, V_____ was a passenger in the vehicle.

10.     The 2000 Ford F250 truck was equipped with four Mudstar Radial M/T tubeless steel-belted radial tires, size LT285/75R16.

11.    As the truck was being driven by Plaintiff Stacy Beasley on U.S. 231 between Troy and Montgomery, Alabama, the right front tire on the vehicle suffered a sudden and catastrophic failure when the tread and top steel belt separated from the carcass of the tire.

12.    As a direct and proximate result of the tire failure, the vehicle became immediately uncontrollable, left the roadway and struck a tree.

13.    As a direct and proximate result of the tire failure, Stacy Beasley and her son, were seriously injured.

14.    The truck and tire were being used as intended and in a reasonably and foreseeable manner.

15.    The truck and tire were in an unaltered condition from the time of date of manufacturer and/or sale.

16.    The failed tired was designed, tested, manufactured, supplied, sold or otherwise made available and/or placed into the stream of commerce by Defendant NANKANG.

17.    The failed tire was marketed, supplied, distributed, sold or otherwise placed into the stream of commerce by Defendant TIRECO.

## COUNT ONE

### (Alabama Extended Manufacturer's Liability Doctrine)

18.    Plaintiff incorporates herein the allegations of paragraphs 1 through 17 as if set out here in full.

19.    This claim is brought pursuant to the Alabama Extended Manufacturer's Liability Doctrine.

20.    The right front tire was defective and unreasonably dangerous for its intended and foreseeable use.

21.     Defendants NANKANG, TIRECO and Fictitious Defendants "A" through "E" designed, tested, manufactured, sold, distributed, supplied, retailed, marketed and/or placed into the stream of commerce the defective tire.

22.     As a proximate result of the defective nature of the tire, Stacy Beasley and incurred the following injuries and damages:

a.      past and future medical expenses;

b.      lost earnings;

c.      physical pain and suffering;

d.      mental anguish and emotional distress; and

e.      permanent physical injuries and scarring.

WHEREFORE, Plaintiff, Stacy Beasley, demands judgment against Defendant NANKANG, TIRECO and Fictitious Defendants "A" through "E" for compensatory and punitive damages under Alabama law plus the costs of this action.

## COUNT TWO

### (Negligence and Wantonness)

23.     Plaintiff incorporates here the allegations of paragraphs 1 through 22 as if set out here in full.

24.     Defendants NANKANG, TIRECO and Fictitious Defendants "A" through "E" negligently and/or wantonly designed, manufactured, tested, marketed, distributed, sold or otherwise placed into the stream of commerce the dangerous tire.

25.     The aforesaid Defendants negligently and/or wantonly warned or failed to warn regarding the dangers from foreseeable use of the products.

26.   At the aforesaid time and place, and/or prior thereto, Defendants NANKANG, TIRECO and Fictitious Defendants "A" through "E" negligently and/or wantonly inspected the aforesaid tire and failed to warn consumers of known defects in the tire.

27.   As a proximate result of the negligence and/or wantonness of some or all of the Defendants and the combined and concurring negligence of the Defendants, Stacy Beasley and W               incurred the following injuries and damages:

a.    past and future medical expenses;

b.    lost earnings;

c.    physical pain and suffering;

d.    mental anguish and emotional distress; and

e.    permanent physical injuries and scarring.

WHEREFORE, Plaintiff, Stacy Beasley, demands judgment against Defendants NANKANG, TIRECO and Fictitious Defendants "A" through "E" for compensatory and punitive damages as may be allowed under Alabama law plus the costs of this action.

_s/J. P. Sawyer_
J.P. Sawyer (SAW011)
Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce St. (36104)
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

## JURY DEMAND

PLAINTIFF HEREBY DEMANDS TRIAL BY JURY ON ALL ISSUES OF THIS CAUSE.

*s/J. P. Sawyer*
J. P. SAWYER (SAW011)
Attorney for Plaintiff

## PLEASE SERVE DEFENDANTS AS FOLLOWS:

Nankang Rubber Tire Corp., Ltd.
Suite 608, 6th Floor
No. 136, Section 3
Ren-ai Rd., Da-an District
Taipei Taiwan

TireCo, Inc.
c/o Agent for Service of Process
Ronald R. Taylor
24672 San Juan Ave. Ste 201
Dana Point, CA 92629