IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACEY BEASLEY, INDIVIDUALLY AND AS CUSTODIAN AND NEXT FRIEND OF HER MINOR CHILD, WKB;<br><br>Plaintiff,<br><br>vs.<br><br>NANKANG RUBBER TIRE CORP., LTD.; and TIRECO, INC.;<br><br>Defendants. | §§§§§§§§§§§§§§§<br><br>CASE NO.: 2:11-cv-00292-WKW |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Stacey Beasley, Individually and as Custodian and Next Friend of Her Minor Child, WKB and Defendants, Nankang Rubber Tire Corp., LTD., and Tireco, Inc., jointly stipulate to the dismissal of this entire action WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.

Respectfully submitted,

/s/Robert M. Ronnlund

**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
William A. Scott, Jr.
Joseph E. Stott
Robert M. Ronnlund
2450 Valleydale Avenue
Birmingham, Alabama  35244

/s/Richard D. Morrison

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
J. Cole Portis
Richard D. Morrison
P.O. Box 4160
Montgomery, Alabama 36103

**CERTIFICATE OF SERVICE**

  I certify that on December 20, 2013 I filed the foregoing through the Court's CM/ECF system, thereby providing notice to all counsel of record.

                /s/Richard D. Morrison
                OF COUNSEL